THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE A. J. TOWER COMPANY, Respondent, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Tower Co. v. Wells*, 98 App. Div. 82, affirmed.

(Argued October 2, 1905; decided October 17, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1905, which reversed an order of Special Term dismissing a writ of certiorari to review the proceedings of the defendants in assessing the capital of the relator for the purpose of taxation and directed that such assessment be vacated and set aside.

*John J. Delany,* Corporation Counsel (*George S. Coleman* and *E. Crosby Kindleberger* of counsel), for appellants.

*Henry B. Twombly* for respondent.

Order affirmed, with costs, on opinion below.

Concur: GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: CULLEN, Ch. J. Absent: O'BRIEN, J.